No. 88–6005.  STEWART v. ILLINOIS.  Sup. Ct. Ill.;
No. 88–6121.  PRESTON v. FLORIDA.  Sup. Ct. Fla.;
No. 88–6187.  McLAIN v. CALIFORNIA.  Sup. Ct. Cal.;
No. 88–6224.  HENDERSON v. OHIO.  Sup. Ct. Ohio;
No. 88–6287.  IRICK v. TENNESSEE.  Sup. Ct. Tenn.;
No. 88–6317.  MAURER v. OHIO.  Ct. App. Ohio, Stark County; and
No. 88–6353.  BEDFORD v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.  Reported below: No. 88–5136, 525 So. 2d 833; No. 88–5169, 36 Ohio St. 3d 80, 521 N. E. 2d 800; No. 88–5216, 844 F. 2d 1464; No. 88–5582, 522 So. 2d 345; No. 88–5750, 38 Ohio St. 3d 252, 527 N. E. 2d 844; No. 88–5799, 38 Ohio St. 3d 29, 526 N. E. 2d 274; No. 88–6005, 123 Ill. 2d 368, 528 N. E. 2d 631; No. 88–6121, 528 So. 2d 896; No. 88–6187, 46 Cal. 3d 97, 757 P. 2d 569; No. 88–6224, 39 Ohio St. 3d 24, 528 N. E. 2d 1237; No. 88–6287, 762 S. W. 2d 121; No. 88–6353, 39 Ohio St. 3d 122, 529 N. E. 2d 913.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–6326 (A–600).  COCKRUM v. TEXAS.  Ct. Crim. App. Tex.  Application for stay of mandate, presented to JUSTICE WHITE, and by him referred to the Court, denied.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–1650.  TRANS WORLD AIRLINES, INC. v. INDEPENDENT FEDERATION OF FLIGHT ATTENDANTS, 485 U. S. 175;
No. 87–2121.  DOBARD v. OSCAR DASTE & SONS, INC., 488 U. S. 828;

No. 88–836.  ASAM v. SHAPIRO ET AL., 488 U. S. 1024;

No. 88–838.  NIEVES v. MARINA GARDENS NO. 1, INC., 488 U. S. 1024;

No. 88–5561.  GILMORE v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, 488 U. S. 1031;

No. 88–5910.  TALLMAN v. KELLEY, 488 U. S. 1025;

No. 88–5942.  ROBERTSON v. CITY OF EUNICE, NEW MEXICO, 488 U. S. 1033; and

No. 88–5960.  DODRILL v. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTE, 488 U. S. 1044.  Petitions for rehearing denied.

## MARCH 14, 1989

No. 88–5708.  SHRAGAI v. SHRAGAI.  Ct. App. N. Y.  Certiorari dismissed under this Court's Rule 53.

No. 88–6721 (A–696).  BEAM v. IDAHO.  Sup. Ct. Idaho.  Application to continue stay of execution of death warrant, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

## MARCH 15, 1989

No. A–727.  WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS v. ARKANSAS.  Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates